FILED
NOV 16 2010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR09-40129-01 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| BRANDON QUINCY THOMPSON, a/k/a Terence Maceo Clay, Jr., a/k/a "Kadafi," a/k/a Hanee Rashid King, a/k/a Hanee Rasid King, | |
| Defendant. | |

---

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On or between about February 1, 2008, and April 30, 2008, in the District of South Dakota and elsewhere, in and affecting interstate and foreign commerce, Defendant Brandon Quincy Thompson, a/k/a Terence Maceo Clay, Jr., a/k/a "Kadafi," a/k/a Hanee Rashid King, a/k/a Hanee Rasid King, knowingly and intentionally recruited, enticed, harbored, transported, provided, and obtained, by any means a person he knew had not attained the age of 18 years, knowing that force, fraud, and coercion would be used to cause that juvenile victim to

engage in a commercial sex act, and he benefitted financially from participating in such a venture.

Specifically, the Defendant knowingly and willfully trafficked a juvenile to customers willing to pay to engage in sexual activities with that juvenile, knowing that force, fraud, or coercion would be used to cause the juvenile to engage in a commercial sex act. The Defendant received a portion of the proceeds from those commercial sex acts.

On or between about February 1, 2010, and April 6, 2010, in the District of South Dakota, Defendant Brandon Quincy Thompson, a/k/a Terence Maceo Clay, Jr., a/k/a "Kadafi," a/k/a Hanee Rashid King, a/k/a Hanee Rasid King, did solicit, command, induce, and otherwise endeavor to persuade another person to murder an individual, intending to prevent that individual from testifying against him in this case.

BRENDAN V. JOHNSON
United States Attorney

11/16/10
Date

KEVIN KOLINER
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: kevin.koliner@usdoj.gov

11/15/10
Date

_____
Brandon Quincy Thompson
Defendant

11-15-2010
Date

_____
Mark V. Meierhenry
Attorney for Defendant