


FILED
NOV 16 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JUDGE - Karen E. Schreier | REPORTER - Jill Connelly/FTR #2 |
| CASE NO. - CR09-40129-01 | Date - 11/16/10 |
| | PAGE NO. - 1 |

| CASE | COUNSEL |
|---|---|
| USA, | Kevin Koliner |
| Plaintiff, | |
| vs. | |
| Brandon Quincy Thompson a/k/a Hanee Rasid King a/k/a Hanee Rashid King a/k/a Kadafi a/k/a Terence Maceo Clay, Jr., | Mark V. Meierhenry |
| Defendant. | |

COURTROOM DEPUTY: Colleen Schulte

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:

4:05 p.m.   Enter change of plea hearing on Second Superseding Indictment before the Hon. Karen E. Schreier, Chief Judge, Sioux Falls. Counsel state their appearances for the record. Defendant is also present in court.

Defendant is sworn in by the courtroom deputy and questioned by the Court. Defendant can read and write.

Defendant has received and reviewed Second Superseding Indictment. Defendant has reviewed same with his counsel.

Defendant has read and reviewed the Plea Agreement and Plea Agreement Supplement with his counsel.

Court advises defendant of loss of civil rights.

Possible penalties on Count 12: minimum15 years to life imprisonment; a

| | |
|---|---|
| CASE NO. - 09-40129-01 | Date - 11/16/10 |
| | PAGE NO. - 2 |

$250,000.00 fine; or both;  5 years to life on supervised release; if supervised release is revoked, depending on the type of revocation, minimum 5 additional years in prison; restitution to the victim; and a $100.00 special assessment; register as a sex offender.

Possible Penalties on Count 19:  20 years imprisonment; a $250,000.00 fine or both; 3 years of supervised release; if supervised release is revoked, 2  additional years imprisonment on each individual revocation; and a $100 special assessment.

Defense counsel has reviewed sentencing guideline ranges with defendant.

Court advises of appeal rights.

Court advises Government has agreed If defendant pleads guilty to Counts 12 and 19, the remaining counts will be dismissed against defendant.

Court advises defendant of additional rights.

Court states the essential elements of the case and what the Government would have to prove if the case were to go to trial for Counts 12 and 19.

Defendant read and understood the Factual Basis Statement before signing same.   Court questions defendant whether the Factual Basis Statement refers to Child Victim #9.  Court has reviewed the statement and finds an independent factual basis for a plea.

Defendant pleads guilty to charges contained in Count 12 of the Second Superseding Indictment.

Defendant pleads guilty to charges contained in Count 19 of the Second Superseding Indictment.

Court accepts defendant's plea and adjudges defendant guilty of the offenses as charged in Counts 12 and 19 of the Second Superseding Indictment.

Court advises defendant of preparation of a presentence investigation report and sets deadlines for objecting to same.

Sentencing is scheduled for Monday, March 28, 2011, at 9:00 a.m.

| | |
|---|---|
| 4:25 p.m. | Court in recess. |