UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 09-40129-01-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER RESCHEDULING |
| | ) | SENTENCING HEARING |
| BRANDON QUINCY THOMPSON, | ) | |
| a/k/a Terence Maceo Clay, Jr., | ) | |
| a/k/a "Kadafi," | ) | |
| a/k/a Hanee Rashid King, | ) | |
| a/k/a Hanee Rasid King, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel, it is

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing will be held on **Friday, April 15, 2011, at 9 a.m.**

Dated March 9, 2011.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE