UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON QUINCY THOMPSON<br>a/k/a Terence Maceo Clay, Jr.,<br>a/k/a "Kadafi," a/k/a Hanee Rashid King, a/k/a Hanee Rasid King,<br><br>Defendant. | 4:09-CR-40129-01-KES<br><br><br>ORDER GRANTING MOTIONS TO SEAL DOCKETS |

Defendant moves to seal various documents and filings[1] in connection with his motion for compassionate release in Docket 166. *See* Docket 166 at 1, 5) (requesting proposed release plan and additional information in support of motion to be filed under seal); Docket 175 (requesting to file under seal his reply to Government's Response in Opposition to Defendant's motion for Compassionate Release). Both of these documents contain information about Defendant's minor children, among other personal information. Because this information implicates privacy concerns, there is good cause to seal these documents. Thus, it is

---

[1] Although Defendant did not separately move to seal these documents, Defendant did request to seal them in the filings themselves, and thus this court construes the requests as motions to seal. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed."); *Olsen as Tr. for Xuerez, Inc. v. Di Mase*, 24 F.4th 1197, 1202 (8th Cir. 2022) (same).

ORDERED that defendant's motions (Dockets 166 and 175) are granted. Docket 166-1 will be filed under seal, and Defendant may file his reply to the Government's response in Docket 169 under seal.

Dated December 29, 2022.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE
